IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-cv-00144-M-KS

| | |
|---|---|
| TAMMY SMITH BROWN, | |
| Plaintiff, | |
| v. | ORDER |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

This matter comes before the court on an Amended Complaint filed by the Plaintiff pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure. DE 14. "Ordinarily, an amended complaint supersedes those that came before it." *Goodman v. Diggs*, 986 F.3d 493, 498 (4th Cir. 2021) (citing *Young v. City of Mount Ranier*, 238 F.3d 567, 572 (4th Cir. 2001)). In light of Plaintiff's filing,[1] Defendant's Motion to Dismiss Plaintiff's [original] Complaint [DE 5] is DENIED WITHOUT PREJUDICE as moot.

SO ORDERED this 16th day of June, 2025.

*Richard E Myers II*
_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Defendant filed an Answer to the Amended Complaint in accordance with Rule 15(a) on May 14, 2025. DE 17.